

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jared Mackensie Monroe,

\* From the 42nd District Court
 of Taylor County
 Trial Court No. 25931A.

Vs. No. 11-16-00264-CR

\* August 31, 2018

The State of Texas,

\* Memorandum Opinion by Simmons, F.J.
 (Panel consists of:  Bailey, J.;
 Simmons, F.J., sitting by assignment;
 and Wright, S.C.J., sitting
 by assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.